NO. WR-77,402-47

DARRELL J. HARPER

v.

STATE OF TEXAS

IN THE COURT OF APPEALS

THIRD JUDICIAL DISTRICT

SITTING IN AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

PETITION

TO THE CLERK'S OFFICE:

1. Come now Petitioner, Darrell J. Harper, Petitions this Court for a discretionary review against Respondent, State of Texas, for Negligent Supervision, along with Lack of Jurisdiction from Trial Court No. D-1-DC-11-404087.

2. Before Sept. 11, 2001 Petitioner complains of infringement of his civil rights to work within color of State Law, when Respondent, State of Texas, failed to redress employment discrimination complaints Petitioner files.

3. In Sept. 2010 Clifford A. Brown, was the Prosecutor in the 147th Judicial District Court, whom files criminal charges of Terroristic Threat + Retaliation against Petitioner for defending his civil rights, creating conflicts of interest.

4. At Years end of 2012, the Honorable Wilford Flower retires from the 147th Judicial District Court, as Judge, the exact same courtroom Clifford A. Brown, was the Prosecutor whom filed criminal charges against Petitioner, has now been appointed Successor to the 147th Judicial District Court, Prompting Petitioner to be improperly tried and convicted in State Court for the crime of Terroristic Threat + Retaliation that should have been treated as a Federal offense reflects lacks of Jurisdiction Respondent, State of Texas, had for Prosecuting Civil rights Violators, as amended.

WHEREFORE, Petitioner, Darrell J. Harper Pray that this Court take action against Respondent, State of Texas, for infringement.

Very Truly Yours,
Darrell J. Harper
Darrell J. Harper Pro Se
Inmate No. 1957724
D. B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

<u>Certification Of Service</u>

Petitioner, Durrell J. Harper does hereby certify that the petition is true and correct for Processing on or around Monday the 13th day of April 2015. in accordance with Tex. Appeals Rules and Procedures.

Darrell J. Harper

No.

DARRELL J. HARPER

v.

STATE OF TEXAS

IN THE COURT OF APPEALS

THIRD JUDICIAL DISTRICT

SITTING IN AUSTIN, TEXAS

## ORDER GRANTING PETITIONER'S PETITION

On this the _____ day of _____ _____
came on to be heard Petitioner, Darrell J. Harper's Petition For
Discretionary Review, and it was said that the petition shall be
hereby Granted or Denied.

( ) GRANTED

( ) DENIED

Signed on this the _____ day of _____ _____

_____
Presiding Judge(s)